**CITY AND COUNTY OF DENVER,**
Petitioner,

v.

**Albert REIFSCHNEIDER; and concerning John Gehlhausen, P.C., John Gehlhausen, and Darla Scranton Specht, Respondents.**

No. 96SC15.

Supreme Court of Colorado,
En Banc.

Jan. 28, 1997.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.

**Wendell HANCOCK, Petitioner,**

v.

**BOULDER COUNTY PUBLIC TRUSTEE and Linda Li, Respondents.**

No. 96SC172.

Supreme Court of Colorado.

Jan. 30, 1997.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.

**The PEOPLE of the State of Colorado,**
Plaintiff–Appellant,

v.

**Jeffrey Glen PADGETT, Defendant–Appellee.**

No. 96SA420.

Supreme Court of Colorado,
En Banc.

Feb. 24, 1997.

